United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California et al.          ,

Plaintiff(s),

v.

Christopher Wright et al.          ,

Defendant(s).

Case No. 26-cv-01417

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Aaron J. Bibb          , an active member in good standing of the bar of Wisconsin Supreme Court          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the State of Wisconsin          in the above-entitled action. My local co-counsel in this case is Harald H. Kirn          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 336448          .

| 17 W. Main St., Madison, WI 53703 | 1300 I Street, Sacramento, CA 95814 |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (608) 266-0810 | (916) 210-6111 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aaron.bibb@wisdoj.gov | harald.kirn@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1104662          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: Mar. 31, 2026 _____

Aaron J. Bibb _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Aaron J. Bibb _____  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  **March 31, 2026** _____

_____
RITA F. LIN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2