

**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Sherief Ahmed Osama Gaber
By Electronic Mail: sherief.gaber@ilag.gov

Chicago
Thursday, July 03, 2025

In re:   Sherief Ahmed Osama Gaber
Attorney No. 6351139

To Whom It May Concern:

We have received a request for written verification of the status of Sherief Ahmed Osama Gaber in connection with the attorney's application, motion or petition for permission to appear pro hac vice in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Sherief Ahmed Osama Gaber was admitted to practice law in Illinois on May 27, 2025.  Sherief Ahmed Osama Gaber is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Marissa Hernandez*
        Marissa Hernandez
        Deputy Registrar

MH

4909-5016-6611, v. 1