UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.          ,

        Plaintiff(s),

    v.

Wright, et al.          ,

        Defendant(s).

Case No. 26-cv-1417

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sherief Gaber, an active member in good standing of the bar of The Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Illinois in the above-entitled action. My local co-counsel in this case is Harald H. Kirn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA SBN: 336448.

115 S. LaSalle Street, Chicago, IL 60603

MY ADDRESS OF RECORD

773-519-3015

MY TELEPHONE # OF RECORD

sherief.gaber@ilag.gov

MY EMAIL ADDRESS OF RECORD

1300 I Street, Sacramento, CA 95814

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

916-210-6111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Harald.Kirn@doj.ca.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: IL: 6351139.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 2, 2026__                                    Sherief Gaber
                                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Sherief Gaber__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  **April 2, 2026**

RITA F. LIN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2