CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:

- *Complete all required fields (shown in **red**\*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name\*:**  Kelsea Suarez

2. **Your Email Address\*:**  kelsea.suarez@ag.ny.gov

3. **Receipt Agency Tracking ID for Refund\*:**  ACANDC-21794166

4. **Transaction Date for Refund\*:**  3/25/2026

5. **Transaction Amount to be Refunded\*:**  $328.00

6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:**  ACANDC-21794191

7. **Your Phone Number:**  5187762411

8. **Full Case Number (if applicable):**  3:26-cv-01417-RFL

9. **Fee Type:\***

- [ ] **Attorney Admission**
- [ ] **Civil Case Filing**
- [ ] **Audio Recording**
- [ ] **Notice of Appeal**
- [x] **Pro Hac Vice**
- [ ] **Writ of Habeas Corpus**
- [ ] **Other: _____**

10. **Reason for Refund Request\*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

- [x] **Duplicate Charge**
- [ ] **No Fee Required for Filing**
- [ ] **Other**

NYS OAG Attorney Kelsea Suarez was charged twice and received two confirmation emails for one pro hac vice application for State of California et al v. Wright et al, No. 3:26-cv-01417-RFL.

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form: OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   [✓] Approved     [ ] Denied     [ ] Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | **APPROVED** By Ana Banares at 2:23 pm, Apr 14, 2026 |
| Pay.gov refund tracking ID refunded: | 281EIEQ1 |
| Date refund processed: | 4/15/2026 |
| Request approved/denied by: | |
| Agency refund tracking ID number: | ACANDC-21794166 |
| Refund processed by: | Jesusa Nobleza |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |