# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE  OF**

**GOOD  STANDING**

*I,    Robert M. Farrell,    Clerk  of  this  Court,*

*certify  that*    **Julia Erica Jonas-Day**,    Bar  **703539**,

*was  duly  admitted  to  practice  in  this  Court  on*

**March 19, 2024**,  *and  is  in  good  standing*

*as  a  member  of  the  Bar  of  this  Court.*

*Dated  at  Boston, Massachusetts  on*  **April 7, 2026**



**Robert M. Farrell**

**CLERK**