BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.,* ) <br><br> Defendants. ) | Case No. 3:26-cv-1417-RFL <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF STAYING OR EXTENDING TIME TO RESPOND TO WRITTEN DISCOVERY** <br><br> Judge:  Hon. Rita F. Lin |

DECL. OF COUNSEL IN SUPPORT OF DEFS.' MOT. FOR ADMINISTRATIVE RELIEF

1

I, Elizabeth Layendecker, declare as follows:

1.    I am a Trial Attorney with the Department of Justice, Civil Division, Federal Programs Branch and counsel for the Defendants in this case.  I have personal knowledge of the contents of this declaration, and I could and would testify competently thereto if called upon to do so.  I submit this declaration in support of Defendants' Motion for Administrative Relief Staying or Extending Time.

2.    On April 22, 2026, Plaintiffs served written discovery requests on Defendants via email. On April 27, 2026, Defendants filed a motion to dismiss and to transfer and an accompanying brief regarding the impact of the automatic stay provision of 28 U.S.C. 1292 on further proceedings.

3.    On April 28, 2026, Plaintiffs' counsel requested Defendants' position on an extension of the briefing schedule of Defendants' motion to dismiss and to transfer.  On April 29, 2026, Defendants explained via email that any obligation to respond to the already-served discovery requests should be after the Court's ruling on the effect of the automatic stay provision in section 1292.  On April 29, 2026, Defendants proposed that Plaintiffs agree that any obligation to respond would be delayed until 21 days after the Court's entry of an order on the effect of 1292, in exchange for Defendants' agreement to stipulate to Plaintiffs' proposed extension of the briefing schedule.  On April 30, 2026, Plaintiffs declined that offer and indicated that they were likely to proceed without filing a unilateral motion to extend the briefing schedule.

4.    On May 7, 2026, I emailed Plaintiffs' counsel asking if they would agree to Defendants' request for a stay or, alternatively, an extension of any obligation to respond to the already-served discovery requests by 30 days.  Plaintiffs' counsel responded that they would oppose Defendants' administrative motion.

5.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Signed on May 7, 2026, in Washington, D.C.

DATED: May 7, 2026                          */s/ Elizabeth B. Layendecker*
                                             United States Department of Justice

DECL. OF COUNSEL IN SUPPORT OF DEFS.' MOT. FOR ADMINISTRATIVE RELIEF

2