BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | ) Case No. 3:26-cv-1417-RFL |
| | ) |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANTS' MOTION FOR** |
| v. | ) **ADMINISTRATIVE RELIEF STAYING OR** |
| | ) **EXTENDING TIME TO RESPOND TO** |
| | ) **WRITTEN DISCOVERY** |
| CHRISTOPHER WRIGHT, in his official | ) |
| capacity as Secretary of Energy, *et al.,* | ) Judge:  Hon. Rita F. Lin |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## [PROPOSED] ORDER

Upon consideration of the Federal Defendants' Motion for Administrative Relief to Stay or Extend Time to Respond to Written Discovery, it is hereby ORDERED that the Federal Defendants' deadline to respond to written discovery requests from the Plaintiffs is STAYED pending the resolution of Defendants' Motion to Dismiss and to Transfer, ECF No. 68, and the effect of section 1292 on further proceedings.  Defendants shall respond to the written discovery requests served on April 22, 2026,

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 26-CV-1417

1

within 25 days of the stay being lifted.

SO ORDERED,

Date: _____

HONORABLE RITA F. LIN

U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 26-CV-1417

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | ) Case No. 3:26-cv-1417-RFL |
| Plaintiffs, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| v. | ) **DEFENDANTS' MOTION FOR** |
| | ) **ADMINISTRATIVE RELIEF STAYING OR** |
| | ) **EXTENDING TIME TO RESPOND TO** |
| CHRISTOPHER WRIGHT, in his official | ) **WRITTEN DISCOVERY** |
| capacity as Secretary of Energy, *et al.,* | ) |
| | ) Judge:  Hon. Rita F. Lin |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of the Federal Defendants' Motion for Administrative Relief to Stay or Extend Time to Respond to Written Discovery, it is hereby ORDERED that the Federal Defendants' deadline to respond to written discovery requests from the Plaintiffs is extended by 30 days.  Defendants shall respond to the written discovery requests served on April 22, 2026, by June 22, 2026.

SO ORDERED,

Date: _____         _____

HONORABLE RITA F. LIN

U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 26-CV-1417

3