IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF WASHINGTON; STATE OF CONNECTICUT; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CALIFORNIA GOVERNOR'S OFFICE OF BUSINESS AND ECONOMIC DEVELOPMENT,** derivatively on behalf of **ARCHES H2 LLC;**<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTOPHER WRIGHT**, in his official capacity as Secretary of Energy; **U.S. DEPARTMENT OF ENERGY; RUSSELL T. VOUGHT**, in his official capacity as Director of the U.S. Office of Management and Budget; **U.S. OFFICE OF MANAGEMENT AND BUDGET,**<br><br>Defendants, | Case No. 3:26-CV-01417-RFL<br><br>**[PROPOSED] ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF STAYING OR EXTENDING TIME TO RESPOND TO WRITTEN DISCOVERY**<br><br>Date:　　　None set<br>Time:　　　None set<br>Courtroom:　Courtroom 15 - 18th Floor<br>Judge:　　　The Honorable Rita F. Lin<br>Trial Date:　None set<br>Action Filed: February 18, 2026 |

1

– and –

**ARCHES H2 LLC**,

           Nominal Defendant.

**PROPOSED ORDER**

Having considered Defendants' Motion for Administrative Relief Staying or Extending Time to Respond to Written Discovery, IT IS HEREBY ORDERED:

Defendants' motion is DENIED. Defendants' deadline to respond to the written discovery requests served on April 22, 2026, shall be May 22, 2026.

**IT IS SO ORDERED**.

Dated:                                           _____

                                          Hon. Rita F. Lin