BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | Case No. 3:26-cv-1417-RFL |
| Plaintiffs, | **NOTICE OF ADMINISTRATIVE RECORD** |
| v. | Judge:  Hon. Rita F. Lin |
| CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.,* | |
| Defendants. | |

NOTICE OF ADMIN. RECORD
CASE NO. 26-CV-1417

## STATEMENT

Pursuant to the Court's Order (ECF No. 63) Defendants have produced the administrative record for the for the May 15, 2025, policy memorandum entitled "Secretarial Policy on Ensuring Responsibility for Financial Assistance."  Defendants produced the Administrative Record to Plaintiffs electronically on May 27, 2026.  Enclosed is the certified index and the Administrative Record in three parts.

DATED: May 27, 2026                         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Elizabeth B. Layendecker*____

ELIZABETH B. LAYENDECKER
(Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.b.layendecker@usdoj.gov

*Attorneys for Defendants*

NOTICE OF ADMIN. RECORD
CASE NO. 26-CV-1417