BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:26-cv-1417-RFL |
| Plaintiffs, | **DECLARATION OF G. MICHAEL BROWN CERTIFYING ADMINISTRATIVE RECORD** |
| v. | Judge: Hon. Rita F. Lin |
| CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, | |
| Defendants. | |

I, G. Michael Brown, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I presently serve as the Deputy Chief of Staff, Operations, in the Office of the Secretary at the U.S. Department of Energy ("DOE"). I have served in this role since May 5, 2025. In this role, I am responsible for advising the Secretary of Energy in shaping Department-wide strategy across operations, external engagement, and policy execution.

2.    The documents listed in the enclosed Administrative Record Index and contained in the files attached thereto constitute, to the best of my knowledge and belief, a true and complete copy of all documents and materials considered by DOE in issuing the May 15, 2025 policy memorandum entitled "Secretarial Policy on Ensuring Responsibility for Financial Assistance."

3.    I certify that the enclosed documents are originals, or copies thereof, from the records of DOE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of May, 2026, at Washington, D.C.

G. Michael Brown

Deputy Chief of Staff

Office of the Secretary

U.S. Department of Energy

Case No. 3:26-cv-1417-RFL                    1                    Decl. of G. Michael Brown
Certifying Admin. Record

Department of Energy Administrative Record - California, et al. v. Wright, et al., No. 26-cv-1417-RFL (N.D. Cal.)

| Date | Subject/Description | Bates Range |
|---|---|---|
| 2012-01-01 | Solyndra (Chapter 11 Bankruptcy Case Study) | DOE AR 000001-DOE AR 000063 |
| 2012-01-20 | Audit Report: OAS-RA-12-04 The Department's Management of the Smart Grid Investment Grant Program | DOE AR 000064-DOE AR 000084 |
| 2012-01-20 | Audit Report: OAS-RA-12-04 (Web version) | DOE AR 000085-DOE AR 000086 |
| 2012-05-22 | Audit Report: OAS-RA-12-12 The Department of Energy's Clean Cities Alternative Fuel Vehicle Grant Program Funded under the American Recovery and Reinvestment Act | DOE AR 000087-DOE AR 000111 |
| 2012-05-22 | Audit Report: OAS-RA-12-12 (Web version) | DOE AR 000112-DOE AR 000113 |
| 2012-10-25 | U.S. Department of Labor Report 18-13-001-03-390 - Recovery Act: Green Jobs Program Reports Limited Success in Meeting Employment and Retention Goals as of June 30, 2012 | DOE AR 000114-DOE AR 000189 |
| 2013-01-17 | Audit Report: OAS-RA-13-08 The Department of Energy's $700 Million Smart Grid Demonstration Program Funded through the American Recovery and Reinvestment Act of 2009 | DOE AR 000190-DOE AR 000213 |
| 2013-01-17 | Audit Report: OAS-RA-13-08 (Web version) | DOE AR 000214-DOE AR 000215 |
| 2013-02-08 | Special Report: OAS-RA-13-10 The Department of Energy's Management of the Award of a $150 Million Recovery Grant to LG Chem Michigan Inc. | DOE AR 000216-DOE AR 000241 |
| 2013-02-08 | Special Report: OAS-RA-13-10 (Web version) | DOE AR 000242-DOE AR 000243 |
| 2013-03-11 | GAO Report: GAO-13-136 WIND ENERGY Additional Actions Could Help Ensure Effective Use of Federal Financial Support | DOE AR 000244-DOE AR 000344 |
| 2013-03-21 | Audit Report: OAS-RA-13-15 The Department of Energy's Industrial Carbon Capture and Storage Program Funded by the American Recovery and Reinvestment Act | DOE AR 000345-DOE AR 000377 |
| 2013-03-21 | Audit Report: OAS-RA-13-15 (Web version) | DOE AR 000378-DOE AR 000379 |
| 2013-06-06 | Audit Report: OAS-RA-13-22 The Hydrogen Energy California Project | DOE AR 000380-DOE AR 000389 |
| 2013-06-06 | Audit Report: OAS-RA-13-22 (Web version) | DOE AR 000390-DOE AR 000391 |
| 2013-07-25 | Audit Report: OAS-RA-13-29 The Department of Energy Vehicle Technologies Program's $135 Million in Funding to Ecotality, Inc. | DOE AR 000392-DOE AR 000415 |
| 2013-07-25 | Audit Report: OAS-RA-13-29 (Web version) | DOE AR 000416-DOE AR 000417 |
| 2013-09-09 | Audit Report: DOE/IG-0893 (Web version) | DOE AR 000418-DOE AR 000441 |
| 2013-09-09 | Audit Report: DOE/IG-0893 Follow-up Audit of the Department of Energy's Financial Assistance for Integrated Biorefinery Projects | DOE AR 000442-DOE AR 000443 |
| 2013-09-27 | Audit Report: OAS-RA-13-31 The Department of Energy's Hydrogen and Fuel Cells Program | DOE AR 000444-DOE AR 000466 |
| 2013-09-27 | Audit Report: OAS-RA-13-31 (Web version) | DOE AR 000467-DOE AR 000468 |
| 2013-10-31 | Special Report: OAS-RA-14-01 Recent Events Related to Ecotality, Inc. | DOE AR 000469-DOE AR 000483 |
| 2013-10-31 | Special Report: OAS-RA-14-01 (Web version) | DOE AR 000484-DOE AR 000485 |
| 2014-06-17 | Audit Report: OAS-RA-14-04 Selected Activities of the Office of Energy Efficiency and Renewable Energy's Advanced Manufacturing Office | DOE AR 000486-DOE AR 000496 |
| 2014-06-17 | Audit Report: OAS-RA-14-04 (Web version) | DOE AR 000497-DOE AR 000498 |
| 2014-08-06 | Audit Report: OAS-M-14-08 Management of Selected Advanced Research Projects Agency-Energy Projects | DOE AR 000499-DOE AR 000511 |
| 2014-08-06 | Audit Report: OAS-M-14-08 (Web version) | DOE AR 000512-DOE AR 000513 |
| 2015-08-24 | Special Report: 11-0078I The Department of Energy's Loan Guarantee to Solyndra, Inc. | DOE AR 000514-DOE AR 000526 |
| 2015-08-24 | Special Report: 11-0078I (Web version) | DOE AR 000527-DOE AR 000528 |

Department of Energy Administrative Record - California, et al. v. Wright, et al., No. 26-cv-1417-RFL (N.D. Cal.)

| Date | Subject/Description | Bates Range |
|---|---|---|
| 2015-12-18 | Audit Report: OAI-M-16-03 The Office of Fossil Energy's Regional Carbon Sequestration Partnerships Initiative | DOE AR 000529-DOE AR 000542 |
| 2015-12-18 | Audit Report: OAI-M-16-03 (Web version) | DOE AR 000543-DOE AR 000544 |
| 2016-03-31 | Audit Report: OAI-M-16-08 Management of the Solar Energy Technologies Office's Technology to Market Program | DOE AR 000545-DOE AR 000556 |
| 2016-03-31 | Audit Report: OAI-M-16-08 (Web version) | DOE AR 000557-DOE AR 000558 |
| 2016-04-26 | Special Report: OIG-SR-16-02 The Department of Energy's Continued Support of the Texas Clean Energy Project Under the Clean Coal Power Initiative | DOE AR 000559-DOE AR 000569 |
| 2016-10-18 | Audit Report: OAI-M-17-01 (Web version) | DOE AR 000570-DOE AR 000584 |
| 2016-10-18 | Audit Report: OAI-M-17-01 Followup on the Geothermal Technologies Office | DOE AR 000585-DOE AR 000586 |
| 2017-02-08 | Audit Report: DOE-OIG-18-17 The Office of Fossil Energy's Oversight of the Texas Clean Energy Project Under the Clean Coal Power Initiative | DOE AR 000587-DOE AR 000602 |
| 2018-02-08 | Audit Report: DOE-OIG-18-17 (Web version) | DOE AR 000603-DOE AR 000604 |
| 2018-11-07 | Audit Report: DOE-OIG-19-05 Management of Selected Financial Assistance Agreements Under the Wind Program | DOE AR 000605-DOE AR 000617 |
| 2018-11-07 | Audit Report: DOE-OIG-19-05 (Web version) | DOE AR 000618-DOE AR 000619 |
| 2019-10-24 | Audit Report: DOE-OIG-20-03 Office of Indian Energy Policy And Programs | DOE AR 000620-DOE AR 000633 |
| 2019-10-24 | Audit Report: DOE-OIG-20-03 (Web version) | DOE AR 000634-DOE AR 000635 |
| 2021-10-25 | Inspection Report: DOE-OIG-22-02 Financial Assistance Allegations at the Golden Field Office | DOE AR 000636-DOE AR 000650 |
| 2021-10-25 | Inspection Report: DOE-OIG-22-02 (Web version) | DOE AR 000651-DOE AR 000652 |
| 2021-12-20 | GAO-22-105111: Carbon Capture and Storage: Actions Needed to Improve DOE Management of Demonstration Projects | DOE AR 000653-DOE AR 000685 |
| 2021-12-20 | GAO-22-105111 (Web version) | DOE AR 000686-DOE AR 000692 |
| 2022-04-26 | Special Report: DOE-OIG-22-30 Prospective Considerations for the Infrastructure Law-Funded Weatherization Assistance Program | DOE AR 000693-DOE AR 000711 |
| 2022-04-29 | Special Report: DOE-OIG-22-30 (Web version) | DOE AR 000712-DOE AR 000713 |
| 2022-06-07 | Special Report: DOE-OIG-22-34 Prospective Considerations for the Loan Authority Supported Under the Loan Programs Office to Improve Internal Controls and Prevent Fraud, Waste and Abuse | DOE AR 000714-DOE AR 000727 |
| 2022-06-10 | Special Report: DOE-OIG-22-34 (Web version) | DOE AR 000728-DOE AR 000729 |
| 2022-08-12 | Special Report: DOE-OIG-22-39 Prospective Considerations for Clean Energy Demonstration Projects | DOE AR 000730-DOE AR 000743 |
| 2022-08-12 | Special Report: DOE-OIG-22-40 Prospective Considerations for Projects Awarded Through Financial Assistance Awards | DOE AR 000744-DOE AR 000762 |
| 2022-08-12 | Special Report: DOE-OIG-22-40 (Web version) | DOE AR 000763-DOE AR 000764 |
| 2022-08-17 | Special Report: DOE-OIG-22-39 (Web version) | DOE AR 000765-DOE AR 000766 |
| 2022-11-22 | Special Report: DOE-OIG-23-08 Management Challenges at the Department of Energy - Fiscal Year 2023 | DOE AR 000767-DOE AR 000799 |
| 2022-11-28 | Special Report: DOE-OIG-23-08 (Web version) | DOE AR 000800-DOE AR 000802 |
| 2023-03-29 | GAO Report: GAO-23-106726 Oversight of Agency Spending Implementing GAO Recommendations Could Help Address Previously Identified Challenges at Commerce, DOE, and EPA | DOE AR 000803-DOE AR 000821 |

Department of Energy Administrative Record - California, et al. v. Wright, et al., No. 26-cv-1417-RFL (N.D. Cal.)

| Date | Subject/Description | Bates Range |
|---|---|---|
| 2023-04-18 | U.S. House of Representatives Committee Hearing Transcript Serial No. 118-21: SPENDING ON EMPTY: HOW THE BIDEN ADMINISTRATION'S UNPRECEDENTED SPENDING INCREASED RISK OF WASTE, FRAUD, AND ABUSE AT THE DEPARTMENT OF ENERGY | DOE AR 000822-DOE AR 000848 |
| 2023-04-19 | Statement of the Honorable Teri L Donaldson IG of DOE to US House Comm on Science Space and Technology | DOE AR 000849-DOE AR 000869 |
| 2023-10-18 | Letter from Senator John Barrasso to Jigar Shah | DOE AR 000870-DOE AR 000871 |
| 2023-10-19 | U.S. Senate Committee Hearing Transcript Committee on Energy and Natural Resources Senate Hearing 118-310 | DOE AR 000872-DOE AR 000999 |
| 2023-10-19 | Statement of the Honorable Teri L Donaldson IG of DOE to US Senate Comm on Energy and Natural Resources | DOE AR 001000-DOE AR 001013 |
| 2023-10-25 | Letter from Senator John Barrasso to Jigar Shah | DOE AR 001014-DOE AR 001016 |
| 2023-11-08 | Letter from Senator John Barrasso to DOI Ethics Official Susan Beard | DOE AR 001017-DOE AR 001019 |
| 2023-12-13 | Letter from Senator John Barrasso to DOI IG Donaldson re: LPO Investigation | DOE AR 001020-DOE AR 001036 |
| 2024-01-23 | Letter from House Committee on Energy and Commerce to Jigar Shah | DOE AR 001037-DOE AR 001039 |
| 2024-03-27 | The Spectacular Rise and Fall of Solyndra: A Cautionary Tale of Clean Energy Hubris | DOE AR 001040-DOE AR 001048 |
| 2024-04-03 | Letter from DOE IG Teri Donaldson to Senator John Barrasso | DOE AR 001049-DOE AR 001049 |
| 2024-05-16 | GAO Report: GAO-24-106489 DECARBONIZATION Opportunities Exist to Imrpove the Department of Energy's Management of Risks to Carbon Capture Projects | DOE AR 001050-DOE AR 001078 |
| 2024-06-04 | Letter from Senator John Barrasso to DOE IG Teri Donaldson | DOE AR 001079-DOE AR 001081 |
| 2024-10-29 | U.S. Department of Energy Office of Inspector General New Project Work Plan for Fiscal Year 2025 | DOE AR 001082-DOE AR 001084 |
| 2024-11-14 | GAO Report: GAO-25-106748 Clean Energy: New DOE Office Should Take Steps to Improve Performance Management and Workforce Planning | DOE AR 001085-DOE AR 001113 |
| 2024-12-04 | Letter from House Committee on Energy and Commerce to Jigar Shah | DOE AR 001114-DOE AR 001116 |
| 2024-12-17 | Interim Findings – The Department's Loan Programs Office Is Not Managing Organizational Conflicts of Interest... | DOE AR 001117-DOE AR 001130 |
| 2025-01-20 | Action Memorandum signed by Acting Secretary of Energy Ingrid C. Kolb | DOE AR 001131-DOE AR 001133 |
| 2025-01-21 | Memorandum from Acting Director of OMB to the Heads of Departments and Agencies: Guidance Regarding Section 7 of the Executive Order *Unleashing American Energy* | DOE AR 001134-DOE AR 001134 |
| 2025-02-05 | Secretarial Order, Unleashing the Golden Era of American Energy Dominance | DOE AR 001135-DOE AR 001137 |
| 2025-02-26 | GAO Report: GAO-25-108135 Oversight of EPA and DOE Spending | DOE AR 001138-DOE AR 001161 |
| 2025-04-02 | Review of IIJA and IRA Financial Assistance Activities and Awards | DOE AR 001162-DOE AR 001168 |
| 2025-04-03 | Memorandum from Acting General Counsel David Taggart - Agency Review of IIJA and IRA Awards | DOE AR 001169-DOE AR 001171 |
| 2025-04-16 | Memorandum from General Counsel of OMB to Agency General Counsels: Preliminary Injunction Against OMB Memorandum M-25-11 | DOE AR 001172-DOE AR 001173 |
| 2025-05-09 | Memorandum from Deputy CFO Christopher Johns: Financial Transaction Review Utilizing the CFO Workflow Tool | DOE AR 001174-DOE AR 001177 |
| 2025-05-14 | Inspection Report: DOE-OIG-25-19 Grid Deployment Office's Implementation of the Grid Resilience and Innovation Partnerships Program | DOE AR 001178-DOE AR 001194 |

Department of Energy Administrative Record - California, et al. v. Wright, et al., No. 26-cv-1417-RFL (N.D. Cal.)

| Date | Subject/Description | Bates Range |
|---|---|---|
| 2025-05-15 | Secretary Wright Announces New Policy for Increasing Accountability, Identifying Wasteful Spending of Taxpayer Dollars | DOE AR 001195-DOE AR 001196 |
| 2025-05-15 | Policy Flash PF 2025-28 Secretarial Policy on Ensuring Responsibility for Financial Assistance | DOE AR 001197-DOE AR 001202 |
| 2025-05-15 | Secretarial Policy on Ensuring Responsibility for Financial Assistance | DOE AR 001203-DOE AR 001204 |

4