ROB BONTA
Attorney General of California
TODD GRABARSKY
R. MATTHEW WISE
Supervising Deputy Attorneys General
RYAN EASON
KRISTI HUGHES
HARALD H. KIRN
CHRISTOPHER J. KISSEL
Deputy Attorneys General
State Bar No. 333937
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6388
E-mail: Christopher.Kissel@doj.ca.gov

*Attorneys for State of California and California GO-Biz*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, et al.,<br>Plaintiffs,<br>**v.**<br>**CHRISTOPHER WRIGHT**, et al.,<br>Defendants, | Case No. 3:26-CV-01417-RFL<br>Assigned to the Honorable Rita F. Lin<br>**JOINT STATEMENT REGARDING CASE COORDINATION** |
| **NEETA THAKUR**, et al.,<br>Plaintiffs,<br>**v.**<br>**DONALD J. TRUMP**, et al.,<br>Defendants, | Case No. 3:25-CV-04737-RFL<br>Assigned to the Honorable Rita F. Lin<br>**JOINT STATEMENT REGARDING CASE COORDINATION** |

The Court, on April 22, 2026, ordered all parties in *California*, *et al. v. Wright*, *et al.*, Case No. 3:26-CV-01417-RFL (ECF 63) and *Thakur*, *et al. v. Trump*, *et al.*, Case No. 3:25-CV-04737-RFL, to submit a joint statement to "address (1) whether the parties agree to coordinate discovery related to the factually overlapping claims involving Department of Energy and to permit such discovery to be used in both cases, and (2) whether the *Thakur* briefing and hearing on the overlapping Department of Energy claims should be continued so that the claims may be briefed and heard concurrently with the *Wright* claims."

After conferring via email, the parties submit the following joint statement.

**1. Coordinating discovery related to factually overlapping claims**

The *Thakur* parties do not expect further discovery to take place in that case. Accordingly, all parties in *Thakur* and *Wright* agree the question of whether to coordinate discovery between the cases is moot.

**2. Scheduling concurrent briefing and hearings in *Thakur* and *Wright***

The parties were unable to reach a consensus on this issue and accordingly present their separate statements below.

<u>*Thakur* and *Wright* plaintiffs' separate statement</u>:

The *Wright* plaintiffs propose the schedule adjustments detailed below to synchronize the schedule for the Court's convenience. The *Thakur* plaintiffs consent to the proposed dates only if the Court prefers them to those already in place in *Thakur*.

- <u>***Thakur* briefing schedule:**</u>
  - *Thakur* Plaintiffs' Summary Judgment Motion
    - 7/15/2026 -> **8/4/2026**
  - *Thakur* Defendants' Opposition and Cross Motion for Summary Judgment
    - 8/11/2026 -> **9/1/2026**
  - *Thakur* Plaintiffs' Reply and Opposition to Cross Motion
    - 9/8/2026 -> **9/29/2026**
  - *Thakur* Defendants' Reply
    - 9/22/2026 -> **10/13/2026**
  - *Thakur* Summary Judgment hearing
    - 10/20/2026 -> **10/27/2026**

- ***Wright* briefing schedule:**
    - *Wright* Plaintiffs' Summary Judgment Motion
        - **8/4/2026** (no change)
    - *Wright* Defendants' Opposition and Cross Motion for Summary Judgment
        - **9/1/2026** (no change)
    - *Wright* Plaintiffs' Reply and Opposition to Cross Motion
        - 9/15/2026 -> **9/29/2026**
    - *Wright* Defendants' Reply
        - 9/29/2026 -> **10/13/2026**
    - *Wright* Summary Judgment hearing
        - 10/20/2026 -> **10/27/2026**

*Thakur* and *Wright* defendants' separate statement:

The question of whether the cases can be heard together depends upon whether discovery can be coordinated. When the Court contemplated a joint schedule as to both *Wright* and *Thakur*, it did so because discovery in the cases appeared to be proceeding concurrently. *California v. Wright*, 3:26-cv-01417, Apr. 22, 2026, Initial Case Management Conf. Tr. 13:10–15 (asking the parties to "come up with a proposal for the Court in terms of hearing all of the claims together, and ensuring efficient coordination of discovery and the administrative record in the other case."). At that conference, the Court suggested that because DOE was "in the process of doing discovery" in *Thakur* on overlapping claims, that discovery would overlap with discovery sought by Plaintiffs in *Wright*. That premise is no longer true because the parties in *Thakur* have obviated the need for discovery as to DOE due to their agreement on stipulations in lieu of discovery. *See Thakur v. Trump*, Case No. 3:25-cv-4737, Joint Statement Regarding Discovery and Administrative Motion to Amend Schedule, ECF No. 195.

Accordingly, the *Thakur* and *Wright* defendants do not agree that the cases should proceed on the same schedule. As a threshold matter, because DOE has not engaged in any discovery in *Thakur*, nor filed an Administrative Record, the schedule in *Wright* cannot be accelerated on the assumption that DOE has already engaged in discovery, as the Court had previously understood. Tr. 12:17–20 ("They are in the process of doing discovery in [*Thakur*] as well, and I imagine, as to Department of Energy, that discovery would be overlapping in this case."). Further, it would not

be possible to proceed on the same schedule given their different postures. The stipulations in *Thakur* largely have relevance only to the claims in *California* that are stayed. Because of the automatic § 1292 stay, moreover, which will extend in *California* at least through the middle of August (assuming the Court rules on the motion to transfer immediately after the June 16 motion hearing) it does not appear that the cases can feasibly be litigated on the same schedule. For those reasons, the *Thakur* and *Wright* defendants believe the cases should proceed separately.

Dated: May 29, 2026

Respectfully submitted,

**ROB BONTA**
Attorney General of California

By: /s/ Christopher J. Kissel
CHRISTOPHER J. KISSEL (SBN 333937)
RYAN EASON
KRISTI HUGHES
HARALD H. KIRN
Deputy Attorneys General
TODD GRABARSKY
R. MATTHEW WISE
Supervising Deputy Attorneys General

*Attorneys for Plaintiffs State of California and California Governor's Office of Business and Economic Development*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ Sarah H. Weiss
SARAH A. KRAKOFF, CBA #27366*
Deputy Solicitor General
CARRIE NOTEBOOM, CBA #52910**
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914**
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
sarah.krakoff@coag.gov
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for Plaintiff State of Colorado*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: /s/ Kaia Boonzaier
KAIA BOONZAIER, CA SBN # 348123
CAITLIN M. SODEN, WSBA # 55457**
LEAH A. BROWN, WSBA # 45803**
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
kaia.boonzaier@atg.wa.gov
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ Andrew M. Ammirati
Andrew M. Ammirati**
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**KWAME RAOUL**
Attorney General of Illinois

By: _/s/ Paul Berks_
Paul Berks**
Joanna Brinkman*
Complex Litigation Counsel
Sherief Gaber**
Jason E. James**
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle St.
Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: _/s/ Steven J. Goldstein_
Steven J. Goldstein**
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6414
sgoldstein@oag.maryland.gov

*Attorneys for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of Massachusetts

By: */s/ Vanessa A. Arslanian*
Vanessa A. Arslanian**
*State Trial Counsel*
Julia Jonas-Day*
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**JENNIFER L. DAVENPORT**
Acting Attorney General of New Jersey

By: */s/ Jessica Palmer*
Jessica L. Palmer*
*Assistant Attorney General*
Yael Fisher**
Elizabeth Van Winkle*
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-2984
Jessica.Palmer@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: _/s/ Matthew Eisenson_
MATTHEW EISENSON**
*Assistant Attorney General*
MICHAEL J. MYERS*
*Senior Counsel*
KELSEA SUAREZ*
*Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov
michael.myers@ag.ny.gov
kelsea.suarez@ag.ny.gov

*Attorneys for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: _/s/ Coby Howell_
COBY HOWELL**
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Coby.Howell@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: _/s/ Eshan Dabak_
Eshan Dabak (R.I. Bar No. 11103)**
Special Assistant Attorney General
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2041
edabak@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: _/s/ Jonathan T. Rose_
Jonathan T. Rose**
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 878-3171
jonathan.rose@vermont.gov

*Attorney for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: _/s/ Aaron J. Bibb_
Aaron J. Bibb, Wisconsin State Bar No. 1104662**
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810

aaron.bibb@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

**Pro hac vice application forthcoming*
***Admitted pro hac vice*

By: /s/ Kyle A. McLorg

Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Donald Sobelman (State Bar No. 184028)
dsobelman@fbm.com
Linda S. Gilleran (State Bar No. 307107)
lgilleran@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Kyle A. McLorg (State Bar No. 332136)
kmclorg@fbm.com
Katherine T. Balkoski (State Bar No. 353366)
kbalkoski@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400

Erwin Chemerinsky (*pro hac vice*)
echemerinsky@law.berkeley.edu
Claudia Polsky (State Bar No. 185505)
cpolsky@law.berkeley.edu
U.C. BERKELEY SCHOOL OF LAW
Law Building
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

Elizabeth J. Cabraser (State Bar No. 83151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 63607)
rheimann@lchb.com
Kevin R. Budner (State Bar No. 287271)
kbudner@lchb.com
Annie M. Wanless (State Bar No. 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

*Attorneys for Plaintiffs Neeta Thakur et al. and the Proposed Class*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for the United States*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER
(Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.b.layendecker@usdoj.gov

*Attorneys for the United States*