BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | ) Case No. 3:26-cv-1417-RFL |
| | ) |
| Plaintiffs, | ) **DEFENDANTS' MOTION FOR EXTENSION OF** |
| | ) **TIME, NUNC PRO TUNC, TO FILE THE** |
| v. | ) **ADMINISTRATIVE RECORD** |
| | ) |
| CHRISTOPHER WRIGHT, in his official | ) Judge:  Hon. Rita F. Lin |
| capacity as Secretary of Energy, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

DEFS.' MOTION NUNC PRO TUNC FOR EXTENSION TO FILE ADMIN. RECORD
CASE NO. 26-CV-1417

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Federal Defendants respectfully move, nunc pro tunc, to extend time to serve the Administrative Record on Plaintiffs until May 27, 2026, at 5:15 p.m. and to extend the deadline to file the Administrative Record until May 29, 2026, at 10:35 a.m. This motion is made in good faith and with good cause.

Counsel for Defendants has conferred with Plaintiffs' counsel who indicated that they do not oppose this motion.

Pursuant to this Court's order (ECF No. 63) and the Court's Civil Standing Order, the Administrative Record was due by 5:00 p.m. on May 27, 2026.  During the final stages of preparing their papers, counsel for Defendants encountered technical difficulties with Department of Justice software and with PACER that resulted in the filing of Defendants' papers and the service of the Administrative Record being delayed.  As a result of that technical difficulty, Defendants filed the Administrative Record at 10:35 a.m. on May 29, 2026.  ECF No. 83.  Undersigned counsel emailed Plaintiffs' counsel at 5:11 p.m. on May 27, 2026, to explain that filing of the Administrative Record had been delayed due to technical difficulties and informed Plaintiffs of their intention to serve the Administrative Record electronically.  Defendants served the Administrative Record four minutes later at 5:15 p.m. via an electronic filesharing service.

Counsel for Defendants sincerely apologizes to the Court, to Plaintiffs, and to Plaintiffs' counsel for this delay and respectfully request that the Court grant this motion.

DATED: May 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

DEFS.' MOTION NUNC PRO TUNC FOR EXTENSION TO FILE ADMIN. RECORD
CASE NO. 26-CV-1417

JOSEPH E. BORSON
Assistant Branch Director


*/s/ Elizabeth B. Layendecker*

ELIZABETH B. LAYENDECKER
(Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.b.layendecker@usdoj.gov

*Attorneys for Defendants*

DEFS.' MOTION NUNC PRO TUNC FOR EXTENSION TO FILE ADMIN. RECORD
CASE NO. 26-CV-1417