BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | ) Case No. 3:26-cv-1417-RFL |
| Plaintiffs, | ) |
|  | ) **[PROPOSED] ORDER GRANTING** |
|  | ) **DEFENDANTS' MOTION FOR EXTENSION OF** |
| v. | ) **TIME, NUNC PRO TUNC, TO FILE THE** |
|  | ) **ADMINISTRATIVE RECORD** |
| CHRISTOPHER WRIGHT, in his official | ) |
| capacity as Secretary of Energy, *et al.,* | ) Judge:  Hon. Rita F. Lin |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

## [PROPOSED] ORDER

It is hereby ORDERED that Defendants' motion for extension of time, *nunc pro tunc*, to file the Administrative Record is GRANTED.  Defendants' time to file the Administrative Record is extended until 10:35 a.m. on May 29, 2025.  Defendants' time to serve the Administrative Record is extended until 5:15 p.m. on May 27, 2026.

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR EXTENSION NUNC PRO TUNC TO FILE ADMIN. RECORD
CASE NO. 26-CV-1417

1

SO ORDERED,

Date: _____          _____

                                                HONORABLE RITA F. LIN

                                                U.S. DISTRICT JUDGE