UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.            ,

Plaintiff(s),

v.

Christopher Wright, et al.            ,

Defendant(s).

Case No. 3:26-cv-01417_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sarah A. Krakoff_____, an active member in good standing of the bar of the State of Colorado_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: plaintiff State of Colorado_____ in the above-entitled action. My local co-counsel in this case is Harald H. Kirn_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 336448_____.

1300 Broadway, 10th Floor
Denver, CO 80203
_____
MY ADDRESS OF RECORD

(720) 508-6000
_____
MY TELEPHONE # OF RECORD

Sarah.Krakoff@coag.gov
_____
MY EMAIL ADDRESS OF RECORD

1300 I Street
Sacramento CA 95814
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(916) 210-6111
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Harald.kirn@doj.ca.gov
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27366_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____06/08/2026_____                    Sarah A. Krakoff_____

                                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Sarah A. Krakoff_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                    2