

## State of Colorado,

STATE OF COLORADO, ss:

I, ___**Cheryl Stevens**___, *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**SARAH A. KRAKOFF**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* __**21**__ᵗʰ

*day of* __**October**__ *A.D.* __**1996**__ *and that at the date hereof the said* __**SARAH A. KRAKOFF**__ *is in good standing at this Bar.*

IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* __**19**__ᵗʰ *day of* __**February**__ *A.D.* __**2026**__

**Cheryl Stevens**

Clerk

By *Jennifer A. Kendall*

Deputy Clerk