BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
ELIZABETH B. LAYENDECKER (Cal Bar No. 357429)
JOSHUA N. SCHOPF
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | Case No. 3:26-cv-1417-RFL |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND THE DISCOVERY-CUT-OFF DATE** |
| v. | Judge: Hon. Rita F. Lin |
| CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.,* | |
| Defendants. | |

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
CASE NO. 26-CV-1417

1

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 6-2 and 7-12, the parties hereby stipulate to extend the deadline for the close of discovery by one week from July 7, 2026 to July 14, 2026.  Good cause exists for this extension for the following reasons.

On April 22, 2026, the Court held an initial case management conference setting a schedule for discovery and summary judgment in this matter.  ECF No. 63.  The Court ordered July 7, 2026 as the deadline for the close of discovery.  *Id.*  Plaintiffs served discovery requests on Defendants on April 22, 2026.  On May 12, 2026, the Court ruled that the transfer motion stayed "the portions of claims that are subject to the motion" but that the case is "not stayed as to any claim to the extent the claim challenges the DoE memo, or as to Plaintiffs' *ultra vires* claim." ECF 76 at 3. The Court invited a submission from the parties for further clarification on the scope of discovery in light of the stay.  The parties submitted a joint letter laying out their respective positions on the scope of discovery on May 21, 2026.  Defendants served responses and objections to the first set of discovery requests on May 22, 2026.  The Court ruled on the parties' dispute over the scope of discovery on May 29, 2026.  ECF No. 84 ("May 29 Order"). Defendants supplemented their responses and objections on June 12, 2026.

Defendants have informed Plaintiffs that they are unable to complete their discovery responses by the current July 7 deadline and have made overbreadth and burden objections to Plaintiffs' document requests.  Accordingly, the parties have been conferring on a joint proposal to amend the case schedule and to extend the deadline for the close of discovery, but they need additional time to address certain disputed matters.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel of record, that the deadline for the close of discovery be extended by seven days, to July 14, 2026.  The parties also agree that Defendants shall provide by 2:00 pm PT on July 6, 2026, a list of the custodians Defendants have searched, the search terms used, any date or other limitations imposed in those searches, and the number of responsive documents those searches have yielded. Finally, the parties agree to file a joint motion to modify the case schedule no later than July 10, 2026.  If the parties are unable to agree to a revised schedule, they will submit to the Court, no later than July 10, their respective proposals.

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
CASE NO. 26-CV-1417

DATED: July 3, 2026                    Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director


*/s/ Elizabeth B. Layendecker*

ELIZABETH B. LAYENDECKER
(Cal Bar No. 357429)
JOSHUA N. SCHOPF
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-5046
Email: Elizabeth.b.layendecker@usdoj.gov

*Attorneys for Defendants*

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
CASE NO. 26-CV-1417

**ROB BONTA**
 Attorney General of California

By: */s/ Christopher J. Kissel*
CHRISTOPHER J. KISSEL (SBN 333937)
RYAN EASON
KRISTI HUGHES
HARALD H. KIRN
Deputy Attorneys General
TODD GRABARSKY
R. MATTHEW WISE
Supervising Deputy Attorneys General

*Attorneys for Plaintiffs State of California*
*And California Governor's Office of Business*
*andEconomic Development*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Sarah H. Weiss*
SARAH A. KRAKOFF, CBA #27366
Deputy Solicitor General
CARRIE NOTEBOOM, CBA #52910
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
sarah.krakoff@coag.gov
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for Plaintiff State of Colorado*


**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Kaia Boonzaier*
KAIA BOONZAIER, CA SBN # 348123
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
kaia.boonzaier@atg.wa.gov
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Andrew M. Ammirati*
Andrew M. Ammirati
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

 *Attorneys for Plaintiff State of*
*Connecticut*

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
 CASE NO. 26-CV-1417

4

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Paul Berks*
Paul Berks
Joanna Brinkman
Complex Litigation Counsel
Sherief Gaber
Jason E. James
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle St.
Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: */s/ Steven J. Goldstein*
Steven J. Goldstein
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6414
sgoldstein@oag.maryland.gov

*Attorneys for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Vanessa A. Arslanian*
Vanessa A. Arslanian
*State Trial Counsel*
Julia Jonas-Day
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**JENNIFER L. DAVENPORT**
Attorney General of New Jersey

By: */s/ Jessica Palmer*
Jessica L. Palmer
  *Assistant Attorney General*
Yael Fisher
Elizabeth Van Winkle
  *Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-2984
Jessica.Palmer@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
CASE NO. 26-CV-1417

5

**LETITIA JAMES**
Attorney General of New York

By: */s/ Matthew Eisenson*
MATTHEW EISENSON
*Assistant Attorney General*
MICHAEL J. MYERS
*Senior Counsel*
KELSEA SUAREZ
*Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov
michael.myers@ag.ny.gov
kelsea.suarez@ag.ny.gov

*Attorneys for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Coby Howell*
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Coby.Howell@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Eshan Dabak*
Eshan Dabak (R.I. Bar No. 11103)
Special Assistant Attorney General
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2041
edabak@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Jonathan T. Rose*
Jonathan T. Rose
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 878-3171
jonathan.rose@vermont.gov

*Attorney for Plaintiff State of Vermont*

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
CASE NO. 26-CV-1417

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Aaron J. Bibb*
Aaron J. Bibb, Wisconsin State Bar No. 1104662
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 6, 2026                                       _____

The Honorable Rita F. Lin
United States District Judge

STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE
CASE NO. 26-CV-1417