IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, et al., | Case No. 3:26-CV-01417-RFL |
| Plaintiffs, | **[PLAINTIFFS' PROPOSED] SCHEDULING ORDER** |
| **v.** | Judge: The Honorable Rita F. Lin |
| **CHRISTOPHER WRIGHT**,  et al., | |
| Defendants. | |

1

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

Having considered the Stipulation to Amend the Case Schedule and Parties' Separate Statements, IT IS HEREBY ORDERED that this matter shall proceed as follows:

- **Document Production Tranche 1**
  - <u>**July 31, 2026:**</u> Deadline to produce first tranche of responsive materials, defined as materials responsive to Plaintiffs' discovery requests, limited to (1) materials in the custody of the six individuals identified in Exhibit A to the concurrently filed Stipulation to Amend the Case Schedule and Parties' Separate Statements and (2) spreadsheets (a) pertaining to the review of DOE awards and (b) prepared between January 20, 2025, to present, as set forth in Exhibit A to the concurrently filed Stipulation to Amend the Case Schedule and Parties' Separate Statements
- **Document Production Tranche 2**
  - <u>**August 6, 2026:**</u> Deadline for the parties to meet and confer to define scope of second tranche of responsive materials
  - <u>**August 28, 2026:**</u> Deadline to produce second tranche of responsive materials
- **Document Production Tranche 3**
  - <u>**September 3, 2026:**</u> Deadline for the parties to meet and confer to define scope of third tranche of responsive materials
  - <u>**September 25, 2026:**</u> Deadline to produce third tranche of responsive materials
- <u>**September 30, 2026:**</u> Deadline to respond to discovery requests previously stayed per the Court's Order on Discovery Dispute, ECF 78
- **Document Production Tranche 4**
  - <u>**October 1, 2026**</u>: Deadline for parties to meet and confer regarding any remaining outstanding documents to be produced
  - <u>**October 23, 2026:**</u> Deadline to complete production of all documents responsive to Plaintiffs' discovery requests
- <u>**October 30, 2026:**</u> Deadline to serve discovery requests
- <u>**December 18, 2026:**</u> Close of discovery

2

- **January 29, 2027:** Last day for plaintiffs to move for summary judgment

- **Four weeks after filing of motion for summary judgment:** Defendants' cross-motion for summary judgment and opposition to motion for summary judgment due

- **Four weeks after Defendants' cross-motion for summary judgment and opposition:** Plaintiffs' opposition to cross-motion for summary judgment and reply due

- **Two weeks after Plaintiffs' cross-motion for summary judgment opposition:** Defendants' cross-motion for summary judgment reply due

**IT IS SO ORDERED**.

Dated: _____    _____

Hon. Rita F. Lin

3