IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **STATE OF CALIFORNIA**, et al.,<br><br>                                    Plaintiffs,<br><br>         **v.**<br><br>**CHRISTOPHER WRIGHT**,  et al.,<br><br>                                    Defendants. | Case No. 3:26-CV-01417-RFL<br><br>**[DEFENDANTS' PROPOSED]**<br>**SCHEDULING ORDER**<br><br>Judge:         The Honorable Rita F. Lin |

### [PROPOSED] ORDER

Having considered the Stipulation to Amend the Case Schedule and Parties' Separate Statements, IT IS HEREBY ORDERED that the schedule of this matter shall proceed as follows:

| Event | Proposed Date |
|---|---|
| Defendants' first rolling production | July 31, 2026 |
| Defendants' second rolling production | September 11, 2026 |

1

| Event | Proposed Date |
|---|---|
| Defendants' supplemental responses and objections to the first set of discovery requests relating to the stayed claims | September 30, 2026 |
| Defendants' third rolling production | October 30, 2026 |
| Deadline to serve discovery requests | November 6, 2026 |
| Close of discovery | February 5, 2027 |
| Plaintiffs' Motion for Summary Judgment | March 5, 2027 |
| Defendants' Cross-Motion and Opposition | April 2, 2027 |
| Plaintiffs' Reply and Opposition | April 16, 2027 |
| Defendants' Reply | April 30, 2027 |

**IT IS SO ORDERED**.

Dated:

_____
Hon. Rita F. Lin

[Defendants' Proposed] Scheduling Order (3:26-CV-01417-RFL)