UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>       Plaintiffs,<br><br>     v.<br><br>CHRISTOPHER WRIGHT, et al.,<br><br>       Defendants. | Case No.  26-cv-01417-RFL<br><br>**ORDER OF REFERRAL FOR DISCOVERY PURPOSES** |

Pursuant to Local Rule 72-1, it is **HEREBY ORDERED** that this case is referred **FOR ALL DISCOVERY PURPOSES** to a Magistrate Judge.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.  Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.

    **IT IS SO ORDERED.**

Dated: July 14, 2026

_____
RITA F. LIN
United States District Judge