UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.          ,

Plaintiff(s),

v.

Christopher Wright, et al.          ,

Defendant(s).

Case No. 3:26-cv-01417

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicholas M. Vaz_____, an active member in good standing of the bar of Rhode Island_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff the State of Rhode Island in the above-entitled action. My local co-counsel in this case is Harald H. Kirn_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 336448_____.

150 South Main Street, Providence, RI 02903

MY ADDRESS OF RECORD

401-274-4400, ext. 2297

MY TELEPHONE # OF RECORD

nvaz@riag.ri.gov

MY EMAIL ADDRESS OF RECORD

1300 I Street, Sacramento, CA  95814

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

916-210-6111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

harald.kirn@doj.ca.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9501_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/06/2026

Nicholas M. Vaz
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicholas M. Vaz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 06, 2026

UNITED STATES DISTRICT JUDGE RITA F. LIN

United States District Court
Northern District of California

Updated 11/2021

2



**Supreme Court of Rhode Island**
**Providence**

*This Certifies that*

## Nicholas Michael Vaz

*of Providence, RI*

*is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 19th day of November, 2015 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.*

*Given under our hands and the seal of said Supreme Court at Providence this the 19th day of May, 2026.*

*Meredith Benoit*
Clerk