United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,
Plaintiffs,
v.
CHRISTOPHER WRIGHT, et al.,
Defendants.

Case No. 3:26-cv-01417-RFL (KAW)

**ORDER TERMINATING 8/6/26 JOINT DISCOVERY LETTER**

Re: Dkt. No. 117

On July 13, 2026, U.S. District Judge Rita F. Lin set various case deadlines, including a deadline of October 23, 2026 for Defendants to produce all documents responsive to Plaintiffs' discovery requests. (Dkt. No. 107 at 3.) Judge Lin also set interim conferral and production deadlines related to this production. *Id.* at 2-3. Thereafter, all discovery matters in this case were referred to the undersigned. (Dkt. Nos. 108 & 109.)

On August 6, 2026, the parties filed a joint discovery letter, which primarily concerned the interim production deadlines set by Judge Lin. (Joint Letter, Dkt. No. 117.) On August 13, 2026, Judge Lin vacated the interim conferral and production deadlines previously set and clarified that any dispute "regarding appropriate conferral and production milestones and use of technology-assisted review is referred to Judge Westmore." (Dkt. No. 119.)

Based on the parties' representations, however, it is evident that any dispute regarding the proposed use of technology-assisted review is not currently ripe. (*See* Joint Letter at 5.) Indeed, "Plaintiffs are not opposed in concept to the use of CAL or other means of compliance if they do not result in diminished production." *Id.*

Accordingly, the joint discovery letter is TERMINATED and the parties are ordered to further meet and confer regarding how Defendants might best comply with the October 23, 2026

United States District Court
Northern District of California

deadline to produce all documents responsive to Plaintiffs' discovery requests, including the potential use of technology-assisted review.

This resolves Dkt. No. 117.

IT IS SO ORDERED.

Dated: August 24, 2026

KANDIS A. WESTMORE
United States Magistrate Judge