AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

STATE OF CALIFORNIA; et al.,

*Plaintiff(s)*

v.

CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy; et al.,

*Defendant(s)*

Civil Action No. 3:26-cv-01417-RFL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARCHES H2 LLC
c/o REBECCA VANG
CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DRIVE
SACRAMENTO, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Kissel, Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*