BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MARC S. SACKS
Deputy Director
KEVIN P. VANLANDINGHAM
Assistant Director
BETHANY R. THERIOT (D.C. Bar No. 1022065)
TIFFINEY F. CARNEY (DC Bar No. 1024568)
Trial Attorneys
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Tel: (202) 598-7521
Email: tiffiney.carney@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-1417-RFL<br><br>**JOINT STIPULATION TO AMEND CASE SCHEDULE**<br><br>Judge: Hon. Rita F. Lin |

**INTRODUCTION**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 6-2 and 7-12, the parties, through their undersigned counsel, stipulate that good cause exists to amend the parties' Scheduling Order (ECF No. 107) as modified (ECF No. 119) to extend the current case deadlines by approximately two months. In support, the parties state as follows:

1. On July 13, 2026, the Court entered a Scheduling Order with the following deadlines:

| Deadline | Event |
|---|---|
| July 31–October 1, 2026 | Parties' interim conferral deadlines and Defendants' interim production deadlines |
| October 23, 2026 | Defendants' deadline to produce documents responsive to Plaintiffs' discovery requests |
| October 30, 2026 | Deadline to serve discovery requests |
| December 18, 2026 | Close of discovery |
| January 29, 2027 | Last day for Plaintiffs to file MSJ |
| Four weeks later | Defendants' cross-MSJ deadline |
| Four weeks later | Plaintiffs' opposition and reply deadline |
| Two weeks later | Defendants' reply deadline |

2. On August 6, 2026, the parties filed a joint discovery letter. ECF No. 117. Defendants informed the Court that they intended to use technology-assisted review known as Continuous Active Learning ("CAL") to review for responsiveness the over 100,000 documents that Defendants had identified. *Id.* On August 13, 2026, the Court vacated the interim conferral and production deadlines and clarified that any dispute "regarding appropriate conferral and production milestones and use of technology-assisted review is referred to Judge Westmore." ECF No. 119.

3. On August 24, 2026, Judge Westmore terminated the joint discovery letter and ordered the parties to further meet and confer regarding how Defendants might best comply with the October 23, 2026, deadline to complete production of documents, including the potential use of technology-assisted review. ECF No. 120.

4. Since August 24, 2026, the parties have met and conferred via videoconference and email.

5. On September 24, 2026, Defendants told Plaintiffs that, to train the CAL model,

Defendants' attorneys and contractors reviewed at least 22,841 documents for responsiveness. Based on that training, CAL identified 26,870 likely responsive documents. When including family members (such as email attachments), the total increased to 49,254. After removing non-inclusive email threads, the total number was 34,607 documents that Defendants would review for privilege and confidentiality.

6. Also on September 24, 2026, Defendants informed Plaintiffs that reviewing for privilege and confidentiality would take longer than the existing October 23, 2026, deadline. Defendants further explained that they would begin reviewing the documents for privilege and confidentiality and report the total number of documents reviewed in one week to better estimate how much more time would be needed to produce documents responsive to Plaintiffs' requests.

7. On October 6, 2026, Defendants informed Plaintiffs that their contract reviewers had reviewed approximately 5,000 of the CAL-identified documents for privilege and confidentiality in one week. The parties agreed to meet-and-confer on October 8, 2026 regarding production and case deadlines. Defendants proposed extending the deadlines approximately two months to allow for this privilege and confidentiality review and for the time needed to supervise the review, resolve inconsistent tagging, and prepare the documents for production.

8. ARCHES' responsive pleading deadline is November 10, 2026. ECF No. 126. Counsel for ARCHES has not yet appeared in this litigation as of the date of this stipulation. Defendants also request to extend discovery deadlines because ARCHES accepted service of Defendants' discovery requests on October 22, 2026.

9. Following the October 8, 2026, meet-and-confer and multiple email exchanges, the parties agreed to extend the case schedule.

10. In its July 2, 2026 Order, the Court held a portion of Defendants' Motion to Dismiss and To Transfer in abeyance pending expiration of the stay under 28 U.S.C. § 1292. *See* ECF 103 at 12. The stay expired on August 31, 2026.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, that good cause exists to enter the following amended Scheduling Order:

1. The Scheduling Order is amended as set forth below:

| Deadline | Event |
|---|---|
| October 16, 2026 | Defendants' rolling production of documents responsive to discovery requests served as of October 14 |
| October 23, 2026 | Defendants' rolling production of confidential documents responsive to discovery requests served as of October 14 |
| October 30, 2026 | Defendants' last day to serve privilege log for October 16, 2026 production |
| November 3, 2026 | Defendants' rolling production of documents responsive to discovery requests served as of October 14 |
| November 6, 2026 | Defendants' last day to serve privilege log for October 23, 2026 production |
| November 17, 2026 | Defendants' last day to serve privilege log for November 3, 2026 production |
| November 24, 2026 | Defendants' rolling production of documents responsive to discovery requests served as of October 14 |
| December 8, 2026 | Defendants' last day to serve privilege log for November 24, 2026 production |
| December 15, 2026 | Defendants' rolling production of documents responsive to discovery requests served as of October 14 |
| December 29, 2026 | Defendants' last day to serve privilege log for December 15, 2026 production |
| December 18, 2026 | All parties' deadline to produce all documents responsive to discovery requests served as of October 14 |
| January 4, 2026 | Defendants' last day to serve privilege log for any production on December 18, 2026 |
| January 6, 2026 | Defendants' deadline to serve final privilege log |

| Deadline | Event |
|---|---|
| January 8, 2027 | Deadline to serve discovery requests |
| February 18, 2026 | Close of discovery |
| March 30, 2027 | Last Day for Plaintiffs to file MSJ |
| Four weeks later | Defendants' cross-MSJ deadline |
| Four weeks later | Plaintiffs' opposition and reply deadline |
| Two weeks later | Defendants' reply deadline |

2. As reflected above, Defendants agree to use good faith reasonable efforts to serve a privilege log within one week, and in no case more than two weeks, following each rolling production, and to serve a final privilege log no later than January 6, 2027.

3. The parties reserve all rights to move or otherwise consent to further amended deadlines as discovery continues in this litigation.

DATED: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MARC S. SACKS
Deputy Director

KEVIN P. VANLANDINGHAM
Assistant Director

*<u>/s/ Bethany R. Theriot</u>*
BETHANY R. THERIOT
(D.C. Bar No. 1022065)
TIFFINEY F. CARNEY
(D.C. Bar No. 1022065)
Trial Attorneys
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation Section
P.O. Box 875

Ben Franklin Station
Washington, D.C. 20044-0875
Tel: (202) 307-0244
Email: bethany.theriot@usdoj.gov
Email: tiffiney.carney@usdoj.gov

*Attorneys for the Defendants*

**ROB BONTA**
Attorney General of California

By: */s/ Christopher J. Kissel*
CHRISTOPHER J. KISSEL (SBN 333937)
RYAN EASON
HARALD H. KIRN
KRISTI HUGHES
DERIN MCLEOD
ZELDA VASSAR
*Deputy Attorneys General*
TODD GRABARSKY
R. MATTHEW WISE
*Supervising Deputy Attorneys General*
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
(213) 269-6388
christopher.kissel@doj.ca.gov

*Attorneys for Plaintiffs State of California and California Governor's Office of Business and Economic Development*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Sarah H. Weiss*
SARAH A. KRAKOFF, CBA #27366
Deputy Solicitor General
CARRIE NOTEBOOM, CBA #52910
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
sarah.krakoff@coag.gov
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for Plaintiff State of Colorado*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: */s/ Kaia Boonzaier*
KAIA BOONZAIER, CA SBN # 348123
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
kaia.boonzaier@atg.wa.gov
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Andrew M. Ammirati*
Andrew M. Ammirati
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ Paul Berks
PAUL BERKS
JOANNA BRINKMAN
*Complex Litigation Counsel*
SHERIEF GABER
JASON E. JAMES
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 S. Lasalle St.
Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ Steven J. Goldstein
Steven J. Goldstein
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6414
sgoldstein@oag.maryland.gov

*Attorneys for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ Vanessa A. Arslanian
VANESSA A. ARSLANIAN
*State Trial Counsel*
JULIA JONAS-DAY
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**JENNIFER L. DAVENPORT**
Attorney General of New Jersey

By: /s/ Jessica Palmer
Jessica L. Palmer
*Assistant Attorney General*
Yael Fisher
Elizabeth Van Winkle
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-2984
Jessica.Palmer@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General of New York

By: /s/ Matthew Eisenson
MATTHEW EISENSON
*Assistant Attorney General*
MICHAEL J. MYERS
*Senior Counsel*
KELSEA SUAREZ
*Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov
michael.myers@ag.ny.gov
kelsea.suarez@ag.ny.gov

*Attorneys for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ Coby Howell
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Coby.Howell@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ Nicholas M. Vaz
NICHOLAS M. VAZ
*Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 878-3171
jonathan.rose@vermont.gov

*Attorney for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: /s/ Aaron J. Bibb
AARON J. BIBB
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 26, 2026

The Honorable Rita F. Lin
United States District Court Judge