ROGERS JOSEPH O'DONNELL
Dennis J. Callahan, SBN 250854
311 California Street, 10th fl.
San Francisco, California 94104
Telephone: (415) 365-5385
dcallahan@rjo.com

ROGERS JOSEPH O'DONNELL
Lisa N. Himes, appearance *pro hac vice*
1500 K Street, NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 777-8953
lhimes@rjo.com

*Attorneys for Nominal Defendant*
*ARCHES H2 LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| State of California, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Christopher Wright, *et al.*<br><br>Defendants.<br>-and-<br><br>ARCHES H2 LLC,<br><br>Nominal Defendant. | Case No. 3:26-cv-01417-RFL-KAW<br><br>Judge: Hon. Rita F. Lin<br>Magistrate Judge: Hon. Kandis A. Westmore<br><br>**ANSWER OF NOMINAL DEFENDANT ARCHES H2 LLC** |

Nominal Defendant ARCHES H2 LLC ("ARCHES"), through undersigned counsel, hereby answers Plaintiffs' Complaint for Declaratory and Injunctive Relief; Verified Derivative Complaint for Declaratory and Injunctive Relief ("Complaint"). In response to the specific allegations of the Complaint, ARCHES states:

## INTRODUCTION

1. On information and belief, ARCHES admits the allegations of paragraph 1 of the Complaint.

2. ARCHES admits that on January 20, 2025, the President issued an Executive Order titled, "Unleashing American Energy," and the Executive Order speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 2 of the Complaint.

3. On information and belief, ARCHES admits the allegations of paragraph 3 of the Complaint.

4. ARCHES admits that in May 2025, the Department of Energy ("DOE") issued a policy memorandum and the policy memorandum speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 4 of the Complaint.

5. On information and belief, ARCHES admits the allegations of paragraph 5 of the Complaint.

6. On information and belief, ARCHES admits the allegations of paragraph 6 of the Complaint.

7. On information and belief, ARCHES admits the allegations of paragraph 7 of the Complaint.

8. On information and belief, ARCHES admits the allegations of paragraph 8 of the Complaint.

9. ARCHES admits that on January 20, 2025, the President issued an Executive Order titled, "Unleashing American Energy," and the Executive Order speaks for itself. ARCHES further admits that the DOE issued a policy memorandum in May 2025 and the policy memorandum speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 9 of the Complaint.

10. On information and belief, ARCHES admits the allegations of paragraph 10 of the Complaint.

11. On information and belief, ARCHES admits the allegations of paragraph 11 of the Complaint.

## JURISDICTION AND VENUE

12. The allegations in paragraph 12 of the Complaint are conclusions of law or other non-factual allegations and therefore require no response from ARCHES. To the extent a response is deemed necessary, ARCHES denies such allegations.

13. The allegations in paragraph 13 of the Complaint are conclusions of law or other non-factual allegations and therefore require no response from ARCHES. To the extent a response is deemed necessary, ARCHES denies such allegations.

14. The allegations in paragraph 14 of the Complaint are conclusions of law or other non-factual allegations and therefore require no response from ARCHES. To the extent a response is deemed necessary, ARCHES denies such allegations.

15. The allegations in paragraph 15 of the Complaint are conclusions of law or other non-factual allegations and therefore require no response from ARCHES. To the extent a response is deemed necessary, ARCHES denies such allegations.

16. The allegations in paragraph 16 of the Complaint are conclusions of law or other non-factual allegations and therefore require no response from ARCHES. To the extent a response is deemed necessary, ARCHES denies such allegations.

## PARTIES

### Plaintiffs

17. ARCHES admits that the California Governor's Office of Business and Economic Development ("GO-Biz") alleges claims in the Complaint on behalf of ARCHES. On information and belief, ARCHES admits the remaining allegations of paragraph 17 of the Complaint.

18. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the Complaint and therefore denies them.

19. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the Complaint and therefore denies them.

20. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20 of the Complaint and therefore denies them.

21. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21 of the Complaint and therefore denies them.

22. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22 of the Complaint and therefore denies them.

23. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23 of the Complaint and therefore denies them.

24. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 24 of the Complaint and therefore denies them.

25. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25 of the Complaint and therefore denies them.

26. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Complaint and therefore denies them.

27. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Complaint and therefore denies them.

28. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Complaint and therefore denies them.

29. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Complaint and therefore denies them.

**Defendants**

30. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 of the Complaint and therefore denies them.

31. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 of the Complaint and therefore denies them.

32. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Complaint and therefore denies them.

33. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the Complaint and therefore denies them.

**Parties to Derivative Claims**

34. On information and belief, ARCHES admits the allegations of paragraph 34 of the Complaint.

35. ARCHES admits the allegations of paragraph 35 of the Complaint.

36. ARCHES admits that GO-Biz brings claims derivatively on ARCHES' behalf under Federal Rule of Civil Procedure 23.1.

## ALLEGATIONS

## I. FACTUAL BACKGROUND

### A. Congress Passed Transformational Laws That Included Billions of Dollars for Energy and Infrastructure Projects

#### 1. The Infrastructure Investment and Jobs Act

37. ARCHES admits that in November 2021, Congress passed and President Biden signed into law the Infrastructure and Jobs Act ("IIJA"), and the IIJA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 37 of the Complaint.

38. On information and belief, ARCHES admits the allegations of paragraph 38 of the Complaint.

39. On information and belief, ARCHES admits the allegations of paragraph 39 of the Complaint.

40. On information and belief, ARCHES admits the allegations of paragraph 40 of the Complaint.

41. On information and belief, ARCHES admits the allegations of paragraph 41 of the Complaint.

42. ARCHES admits that in November 2021, Congress passed and President Biden signed into law the IIJA, and the IIJA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 42 of the Complaint, including all subparts.

43. ARCHES admits that in November 2021, Congress passed and President Biden signed into law the IIJA, and the IIJA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 43 of the Complaint.

44. ARCHES admits that in November 2021, Congress passed and President Biden signed into law the IIJA, and the IIJA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 44 of the Complaint, including all subparts.

45. ARCHES admits that in November 2021, Congress passed and President Biden signed into law the IIJA, and the IIJA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 45 of the Complaint.

**2. Inflation Reduction Act**

46. ARCHES states that in August 2022, Congress passed and President Biden signed into law the Inflation Reduction Act ("IRA"), and the IRA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 46 of the Complaint.

47. ARCHES states that in August 2022, Congress passed and President Biden signed into law the IRA, and the IRA speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 47 of the Complaint.

**3. Additional Energy and Infrastructure Programs Created Between President Trump's First and Second Terms**

48. On information and belief, ARCHES admits the allegations of paragraph 48 of the Complaint, including all subparts.

49. ARCHES states that the IIJA and IRA speak for themselves. On information and belief, ARCHES admits the remaining allegations of paragraph 49 of the Complaint.

**B. The Trump Administration Sets Out to "Terminate the Green New Deal" and Freeze Funding Under the IIJA, IRA, and Other Legislation**

50. ARCHES admits that on January 20, 2025, the President issued an Executive Order titled, "Unleashing American Energy," and the Executive Order speaks for itself. On

information and belief, ARCHES admits the remaining allegations of paragraph 50 of the Complaint.

51. On information and belief, ARCHES admits the allegations of paragraph 51 of the Complaint.

52. ARCHES admits that on January 20, 2025, the President issued Executive Orders titled, "Unleashing American Energy" and "Declaring a National Energy Emergency," and the Executive Orders speak for themselves. On information and belief, ARCHES admits the remaining allegations of paragraph 52 of the Complaint.

53. ARCHES admits that there were court orders enjoining the Administration's freezing of awarded grants under the IIJA and IRA and those orders speak for themselves. On information and belief, ARCHES admits the remaining allegations of paragraph 53 of the Complaint.

54. On information and belief, ARCHES admits the allegations of paragraph 54 of the Complaint.

55. On information and belief, ARCHES admits the allegations of paragraph 55 of the Complaint.

56. On information and belief, ARCHES admits the allegations of paragraph 56 of the Complaint.

57. On information and belief, ARCHES admits the allegations of paragraph 57 of the Complaint.

58. ARCHES admits that on May 15, 2025, DOE Secretary Wright announced DOE's new "Secretarial Policy on Ensuring Responsibility in Financial Assistance," which was memorialized in a DOE Memo. The DOE Memo speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 58 of the Complaint.

59. ARCHES states that DOE Secretary Wright's new "Secretarial Policy on Ensuring Responsibility in Financial Assistance," is dated May 15, 2025, and was memorialized in a DOE Memo. The DOE Memo speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 59 of the Complaint.

60. On information and belief, ARCHES admits the allegations of paragraph 60 of the Complaint.

61. On information and belief, ARCHES admits the allegations of paragraph 61 of the Complaint.

62. On information and belief, ARCHES admits the allegations of paragraph 62 of the Complaint.

63. On information and belief, ARCHES admits the allegations of paragraph 63 of the Complaint.

64. On information and belief, ARCHES admits the allegations of paragraph 64 of the Complaint.

65. On information and belief, ARCHES admits the allegations of paragraph 65 of the Complaint.

66. On information and belief, ARCHES admits the allegations of paragraph 66 of the Complaint.

67. On information and belief, ARCHES admits the allegations of paragraph 67 of the Complaint.

68. On information and belief, ARCHES admits the allegations of paragraph 68 of the Complaint.

69. On information and belief, ARCHES admits the allegations of paragraph 69 of the Complaint.

70. On information and belief, ARCHES admits the allegations of paragraph 70 of the Complaint.

### C. The Administration Unlawfully Terminated Over Three Hundred Energy Projects and Abandoned Even More

71. On information and belief, ARCHES admits the allegations of paragraph 71 of the Complaint.

72. On information and belief, ARCHES admits the allegations of paragraph 72 of the Complaint.

73. On information and belief, ARCHES admits the allegations of paragraph 73 of the Complaint.

74. On information and belief, ARCHES admits the allegations of paragraph 74 of the Complaint.

75. On information and belief, ARCHES admits the allegations of paragraph 75 of the Complaint.

76. On information and belief, ARCHES admits the allegations of paragraph 76 of the Complaint.

77. On information and belief, ARCHES admits the allegations of paragraph 77 of the Complaint.

78. On information and belief, ARCHES admits the allegations of paragraph 78 of the Complaint.

79. On information and belief, ARCHES admits the allegations of paragraph 79 of the Complaint.

80. On information and belief, ARCHES admits the allegations of paragraph 80 of the Complaint.

81. On information and belief, ARCHES admits the allegations of paragraph 81 of the Complaint.

82. On information and belief, ARCHES admits the allegations of paragraph 82 of the Complaint.

83. On information and belief, ARCHES admits the allegations of paragraph 83 of the Complaint.

84. ARCHES admits the allegations regarding DOE's termination of its cooperative agreement for its hydrogen hub. On information and belief, ARCHES admits the remaining allegations of paragraph 84 of the Complaint, including all subparts.

85. On information and belief, ARCHES admits the allegations of paragraph 85 of the Complaint.

## II. DOE'S "KILL LIST," THE DOE MEMO, AND THE TERMINATIONS AND ABANDONMENTS OF PLAINTIFFS' AWARDS VIOLATE THE CONSTITUTION AND VARIOUS STATUTES

86. On information and belief, ARCHES admits the allegations of paragraph 86 of the Complaint.

87. On information and belief, ARCHES admits the allegations of paragraph 87 of the Complaint.

88. The United States Supreme Court case, *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579, 585 (1952), speaks for itself. On information and belief, ARCHES admits the remaining allegations of paragraph 88 of the Complaint.

89. On information and belief, ARCHES admits the allegations of paragraph 89 of the Complaint.

90. On information and belief, ARCHES admits the allegations of paragraph 90 of the Complaint.

91. On information and belief, ARCHES admits the allegations of paragraph 91 of the Complaint.

92. ARCHES admits that Congress has authority over federal spending. ARCHES states that the U.S. Constitution Spending and Appropriations Clauses speak for themselves. On information and belief, ARCHES admits the remaining allegations of paragraph 92 of the Complaint.

93. On information and belief, ARCHES admits the allegations of paragraph 93 of the Complaint.

94. ARCHES admits that the U.S. Constitution vests legislative powers in Congress. On information and belief, ARCHES admits the remaining allegations of paragraph 94 of the Complaint.

95. On information and belief, ARCHES admits the allegations of paragraph 95 of the Complaint.

96. ARCHES admits that the U.S. Constitution imposes on the Executive Branch a duty to execute the laws. On information and belief, ARCHES admits the remaining allegations of paragraph 96 of the Complaint.

97. On information and belief, ARCHES admits the allegations of paragraph 97 of the Complaint.

98. On information and belief, ARCHES admits the allegations of paragraph 98 of the Complaint.

## III. Plaintiffs Are Harmed by Defendants' Actions

99. ARCHES admits the allegations of paragraph 99 of the Complaint concerning the harms to ARCHES. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 99 and therefore denies them.

### A. Harms to California and ARCHES

100. ARCHES admits the allegations of paragraph 100 of the Complaint concerning the harms to ARCHES resulting from the terminated ARCHES cooperative agreement. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 100 and therefore denies them.

101. ARCHES admits the allegations of paragraph 101 of the Complaint.

102. ARCHES admits the allegations of paragraph 102 of the Complaint.

103. ARCHES admits the allegations of paragraph 103 of the Complaint.

104. ARCHES admits the allegations of paragraph 104 of the Complaint.

105. ARCHES admits the allegations of paragraph 105 of the Complaint.

106. ARCHES admits the allegations of paragraph 106 of the Complaint.

107. ARCHES admits the allegations of paragraph 107 of the Complaint.

108. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 108 and therefore denies them.

109. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109 and therefore denies them.

**B. Harms to Colorado**

110. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110 of the Complaint and therefore denies them.

111. Colorado Energy Office: ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111 of the Complaint and therefore denies them.

112. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112 of the Complaint and therefore denies them.

113. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 113 of the Complaint and therefore denies them.

114. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114 of the Complaint and therefore denies them.

115. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 115 of the Complaint and therefore denies them.

116. Colorado School of Mines: ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 116 of the Complaint and therefore denies them.

117. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 117 of the Complaint and therefore denies them.

118. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 118 of the Complaint and therefore denies them.

119. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 119 of the Complaint and therefore denies them.

120. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 120 of the Complaint and therefore denies them.

121. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 121 of the Complaint and therefore denies them.

122. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 122 of the Complaint and therefore denies them.

123. Colorado State University: ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 123 of the Complaint and therefore denies them.

124. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 124 of the Complaint and therefore denies them.

125. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 125 of the Complaint and therefore denies them.

126. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 126 of the Complaint and therefore denies them.

127. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 127 of the Complaint and therefore denies them.

128. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 128 of the Complaint and therefore denies them, including all subparts.

129. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 129 of the Complaint and therefore denies them.

130. University of Colorado: ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 130 of the Complaint and therefore denies them.

**C. Harms to Connecticut**

131. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 131 of the Complaint and therefore denies them.

132. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 132 of the Complaint and therefore denies them.

133. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 133 of the Complaint and therefore denies them.

134. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 134 of the Complaint and therefore denies them.

**D. Harms to Illinois**

135. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 135 of the Complaint and therefore denies them.

136. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 136 of the Complaint and therefore denies them.

137. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 137 of the Complaint and therefore denies them.

138. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 138 of the Complaint and therefore denies them.

139. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 139 of the Complaint and therefore denies them.

**E. Harms to Maryland**

140. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 140 of the Complaint and therefore denies them.

141. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 141 of the Complaint and therefore denies them.

142. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 142 of the Complaint and therefore denies them.

143. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 143 of the Complaint and therefore denies them.

144. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 144 of the Complaint and therefore denies them.

**F. Harms to Massachusetts**

145. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 145 of the Complaint and therefore denies them.

146. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 146 of the Complaint and therefore denies them.

147. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 147 of the Complaint and therefore denies them.

148. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 148 of the Complaint and therefore denies them.

149. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 149 of the Complaint and therefore denies them.

**G. Harms to New Jersey**

150. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 150 of the Complaint and therefore denies them.

151. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 151 of the Complaint and therefore denies them.

152. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 152 of the Complaint and therefore denies them.

153. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 153 of the Complaint and therefore denies them.

154. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 154 of the Complaint and therefore denies them.

155. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 155 of the Complaint and therefore denies them.

156. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 156 of the Complaint and therefore denies them.

**H. Harms to New York**

157. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 157 of the Complaint and therefore denies them.

158. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 158 of the Complaint and therefore denies them.

159. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 159 of the Complaint and therefore denies them.

**I. Harms to Oregon**

160. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 160 of the Complaint and therefore denies them.

161. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 161 of the Complaint and therefore denies them.

162. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 162 of the Complaint and therefore denies them.

163. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 163 of the Complaint and therefore denies them.

164. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 164 of the Complaint and therefore denies them.

165. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 165 of the Complaint and therefore denies them.

166. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 166 of the Complaint and therefore denies them.

167. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 167 of the Complaint and therefore denies them.

168. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 168 of the Complaint and therefore denies them.

169. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 169 of the Complaint and therefore denies them.

**J. Harms to Rhode Island**

170. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 170 of the Complaint and therefore denies them.

171. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 171 of the Complaint and therefore denies them.

172. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 172 of the Complaint and therefore denies them.

173. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 173 of the Complaint and therefore denies them.

174. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 174 of the Complaint and therefore denies them.

175. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 175 of the Complaint and therefore denies them.

176. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 176 of the Complaint and therefore denies them.

177. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 177 of the Complaint and therefore denies them.

**K. Harms to Vermont**

178. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 178 of the Complaint and therefore denies them.

179. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 179 of the Complaint and therefore denies them.

180. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 180 of the Complaint and therefore denies them.

**L. Harms to the State of Washington**

181. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 181 of the Complaint and therefore denies them.

182. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 182 of the Complaint and therefore denies them.

183. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 183 of the Complaint and therefore denies them.

184. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 184 of the Complaint and therefore denies them.

185. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 185 of the Complaint and therefore denies them.

186. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 186 of the Complaint and therefore denies them.

187. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 187 of the Complaint and therefore denies them.

188. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 188 of the Complaint and therefore denies them.

189. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 189 of the Complaint and therefore denies them.

190. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 190 of the Complaint and therefore denies them.

191. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 191 of the Complaint and therefore denies them.

192. Washington State University: ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 192 of the Complaint and therefore denies them.

193. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 193 of the Complaint and therefore denies them.

194. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 194 of the Complaint and therefore denies them.

195. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 195 of the Complaint and therefore denies them.

196. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 196 of the Complaint and therefore denies them.

**M. Harms to Wisconsin**

197. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 197 of the Complaint and therefore denies them.

198. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 198 of the Complaint and therefore denies them.

199. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 199 of the Complaint and therefore denies them.

200. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 200 of the Complaint and therefore denies them.

201. ARCHES is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 201 of the Complaint and therefore denies them.

## DERIVATIVE ALLEGATIONS

202. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 201 of the Complaint, as set forth fully above.

203. ARCHES admits the allegations of paragraph 203 of the Complaint.

204. ARCHES admits the allegations of paragraph 204 of the Complaint.

205. ARCHES admits the allegations of paragraph 205 of the Complaint.

206. ARCHES admits the allegations of paragraph 206 of the Complaint.

207. ARCHES admits the allegations of paragraph 207 of the Complaint.

208. ARCHES admits the allegations of paragraph 208 of the Complaint.

## CLAIMS

### COUNT I
### Violation of Separation of Powers
### (Against All Defendants)

209. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 208 of the Complaint, as set forth fully above.

210. The allegations in paragraph 210 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

211. The allegations in paragraph 211 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

212. The allegations in paragraph 212 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

213. The allegations in paragraph 213 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

214. The allegations in paragraph 214 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

215. The allegations in paragraph 215 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

216. The allegations in paragraph 216 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

217. The allegations in paragraph 217 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

**COUNT II**
**Administrative Procedure Act, 5 U.S.C. § 706(2)(A)-(C)**
**Contrary to Law**
**(Against Agency Defendants)**

218. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 217 of the Complaint, as set forth fully above.

219. The allegations in paragraph 219 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

220. The allegations in paragraph 220 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

221. The allegations in paragraph 221 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

222. The allegations in paragraph 222 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

**COUNT III**
**Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (D)**
**Arbitrary and Capricious Agency Action and Agency Action in Violation of Procedure**
**(Against Agency Defendants)**

223. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 222 of the Complaint, as set forth fully above.

224. The allegations in paragraph 224 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

225. The allegations in paragraph 225 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

226. The allegations in paragraph 226 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

227. The allegations in paragraph 227 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

228. The allegations in paragraph 228 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

229. The allegations in paragraph 229 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

230. The allegations in paragraph 230 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

231. The allegations in paragraph 231 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

232. The allegations in paragraph 232 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

233. The allegations in paragraph 233 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

234. The allegations in paragraph 234 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

235. The allegations in paragraph 235 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

236. The allegations in paragraph 236 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

**COUNT IV**
***Ultra Vires* Executive Action**
**(Against All Defendants)**

237. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 236 of the Complaint, as set forth fully above.

238. The allegations in paragraph 238 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

239. The allegations in paragraph 239 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

240. The allegations in paragraph 240 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

**COUNT V**
**Violation of the First Amendment**
**(On Behalf of ARCHES Against All Defendants)**

241. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 240 of the Complaint, as set forth fully above.

242. The allegations in paragraph 242 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

243. The allegations in paragraph 243 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

244. The allegations in paragraph 244 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

245. The allegations in paragraph 245 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

246. The allegations in paragraph 246 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

**COUNT VI**
**Violation of the Fifth Amendment – Equal Protection**
**(On Behalf of ARCHES Against All Defendants)**

247. ARCHES reasserts and incorporates by reference its responses to paragraphs 1 through 246 of the Complaint, as set forth fully above.

248. The allegations in paragraph 248 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

249. The allegations in paragraph 249 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

250. The allegations in paragraph 250 of the Complaint are not directed at ARCHES and therefore no response is required. To the extent a response is deemed necessary, ARCHES denies such allegations.

**PRAYER FOR RELIEF**

WHEREFORE, ARCHES respectfully requests that the Court grant Plaintiffs the relief requested, and that ARCHES recovers its costs, together with such other relief as this Court deems just and proper.

**AFFIRMATIVE DEFENSES**

1. ARCHES reserves the right to assert defenses during the course of this litigation.

Dated: November 10, 2026

ROGERS JOSEPH O'DONNELL

By *\/s/ Lisa N. Himes*
Lisa N. Himes, appearance *pro hac vice*
Dennis J. Callahan

Attorneys for Nominal Defendant
ARCHES H2 LLC

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I hereby certify that on November 10, 2026, I electronically filed the foregoing document utilizing the CM/ECF System, which will send notice by electronic mail to the following counsel of record:

**ROB BONTA**
Attorney General of California
HARALD H. KIRN (SBN 336448)
KRISTI HUGHES
RYAN EASON
HARALD H. KIRN
DERIN MCLEOD
ZELDA VASSAR
*Deputy Attorneys General*
TODD GRABARSKY
R. MATTHEW WISE
*Supervising Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
(916) 210-6111
harald.kirn@doj.ca.gov

*Attorneys for Plaintiffs State of California and California Governor's Office of Business and Economic Development*

**PHILIP J. WEISER**
Attorney General of Colorado
SARAH A. KRAKOFF, CBA #27366
Deputy Solicitor General
CARRIE NOTEBOOM, CBA #52910
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
sarah.krakoff@coag.gov
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for Plaintiff State of Colorado*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington
KAIA BOONZAIER, CA SBN # 348123
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
kaia.boonzaier@atg.wa.gov
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**WILLIAM TONG**
Attorney General of Connecticut
Andrew M. Ammirati
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**KWAME RAOUL**
Attorney General of Illinois
PAUL BERKS
JOANNA BRINKMAN
*Complex Litigation Counsel*
SHERIEF GABER
JASON E. JAMES
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 S. Lasalle St.
Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts
VANESSA A. ARSLANIAN
*State Trial Counsel*
JULIA JONAS-DAY
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**JENNIFER L. DAVENPORT**
Attorney General of New Jersey
Jessica L. Palmer
*Assistant Attorney General*
Yael Fisher
Elizabeth Van Winkle
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-2984
Jessica.Palmer@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General of New York
MATTHEW EISENSON
*Assistant Attorney General*
MICHAEL J. MYERS
*Senior Counsel*
KELSEA SUAREZ
*Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481

**DAN RAYFIELD**
Attorney General of Oregon
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Coby.Howell@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

matthew.eisenson@ag.ny.gov
michael.myers@ag.ny.gov
kelsea.suarez@ag.ny.gov
*Attorneys for Plaintiff State of New York*

**PETER F. NERONHA**
Attorney General of Rhode Island
NICHOLAS M. VAZ
*Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**JOSHUA L. KAUL**
Attorney General of Wisconsin
AARON J. BIBB
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

**CHARITY R. CLARK**
Attorney General of Vermont
Jonathan T. Rose
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 878-3171
jonathan.rose@vermont.gov

*Attorney for Plaintiff State of Vermont*

**ANTHONY G. BROWN**
Attorney General of Maryland
Steven J. Goldstein
Assistant Attorney General
Office of the Attorney General of Maryland

200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6414
sgoldstein@oag.maryland.gov

*Attorneys for Plaintiff State of Maryland*

**BRETT A. SHUMATE**
Assistant Attorney
General Civil Division
MARC S. SACKS
Deputy Director
KEVIN P. VANLANDINGHAM
Assistant Director
BETHANY R. THERIOT (D.C. Bar No. 1022065)
TIFFINEY C. CARNEY
Trial Attorneys
U.S. Department of
Justice Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington. D.C.
20044-0875
Tel: (202) 307-0244
Email: bethany.theriot@usdoj.gov

*Attorneys for the United States*

Dated: November 10, 2026

/s/ *Lisa N. Himes*
Lisa N. Himes