ROGERS JOSEPH O'DONNELL
Dennis J. Callahan, SBN 250854
311 California Street, 10th fl.
San Francisco, California 94104
Telephone: (415) 365-5385
dcallahan@rjo.com

ROGERS JOSEPH O'DONNELL
Lisa N. Himes, appearance *pro hac vice*
1500 K Street, NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 777-8953
lhimes@rjo.com

*Attorneys for Nominal Defendant*
*ARCHES H2 LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

State of California, *et al.*

Plaintiffs,

v.

Christopher Wright, *et al.*

Defendants.

-and-

ARCHES H2 LLC,

Nominal Defendant.

Case No. 3:26-cv-01417-RFL-KAW

Judge: Hon. Rita F. Lin
Magistrate Judge: Hon. Kandis A. Westmore

**NOMINAL DEFENDANT ARCHES H2 LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy

or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The Regents of the University of California through its Office of the President ("UCOP") – non-party member of Nominal Defendant ARCHES H2 LLC ("ARCHES")
2. State Building and Construction Trades Council of California ("SBCTC") – non-party member of Nominal Defendant ARCHES
3. Renewables 100 Policy Institute, Inc. ("Renewables 100") – non-party member of Nominal Defendant ARCHES

Dated: November 24, 2026 ROGERS JOSEPH O'DONNELL

By *<u>/s/ Lisa N. Himes</u>*
Lisa N. Himes, appearance *pro hac vice*
Dennis J. Callahan

Attorneys for Nominal Defendant
ARCHES H2 LLC

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I hereby certify that on November 24, 2026, I electronically filed the foregoing document utilizing the CM/ECF System, which will send notice by electronic mail to the following counsel of record:

**ROB BONTA**
Attorney General of California
HARALD H. KIRN (SBN 336448)
KRISTI HUGHES
RYAN EASON
HARALD H. KIRN
DERIN MCLEOD
ZELDA VASSAR
*Deputy Attorneys General*
TODD GRABARSKY
R. MATTHEW WISE
*Supervising Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
(916) 210-6111
Harald.Kirn@doj.ca.gov
Derin.Mcleod@doj.ca.gov
Kristi.Hughes@doj.ca.gov
Ryan.Eason@doj.ca.gov
Zelda.Vassar@doj.ca.gov

*Attorneys for Plaintiffs State of California and California Governor's Office of Business and Economic Development*

**NICHOLAS W. BROWN**
Attorney General for the State of Washington
KAIA BOONZAIER, CA SBN # 348123
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
kaia.boonzaier@atg.wa.gov
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**PHILIP J. WEISER**
Attorney General of Colorado
SARAH A. KRAKOFF, CBA #27366
Deputy Solicitor General
CARRIE NOTEBOOM, CBA #52910
Assistant Deputy Attorney General
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
sarah.krakoff@coag.gov
carrie.noteboom@coag.gov
sarah.weiss@coag.gov

*Attorneys for Plaintiff State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut
Andrew M. Ammirati
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**KWAME RAOUL**
Attorney General of Illinois
PAUL BERKS
JOANNA BRINKMAN
*Complex Litigation Counsel*
SHERIEF GABER
JASON E. JAMES
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 S. Lasalle St.
Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts
VANESSA A. ARSLANIAN
*State Trial Counsel*
JULIA JONAS-DAY
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov
julia.jonas-day@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**JENNIFER L. DAVENPORT**
Attorney General of New Jersey
Jessica L. Palmer
*Assistant Attorney General*
Yael Fisher
Elizabeth Van Winkle
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-2984
Jessica.Palmer@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General of New York
MATTHEW EISENSON
*Assistant Attorney General*
MICHAEL J. MYERS
*Senior Counsel*

KELSEA SUAREZ
*Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8481
matthew.eisenson@ag.ny.gov
michael.myers@ag.ny.gov
kelsea.suarez@ag.ny.gov
*Attorneys for Plaintiff State of New York*

**PETER F. NERONHA**
Attorney General of Rhode Island
NICHOLAS M. VAZ
*Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**JOSHUA L. KAUL**
Attorney General of Wisconsin
AARON J. BIBB
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-0810
aaron.bibb@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

**CHARITY R. CLARK**
Attorney General of Vermont
Jonathan T. Rose
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 878-3171
jonathan.rose@vermont.gov

**DAN RAYFIELD**
Attorney General of Oregon
COBY HOWELL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Coby.Howell@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

*Attorney for Plaintiff State of Vermont*

**ANTHONY G. BROWN**
Attorney General of Maryland
Steven J. Goldstein
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6414
sgoldstein@oag.maryland.gov

*Attorneys for Plaintiff State of Maryland*

**BRETT A. SHUMATE**
Assistant Attorney
General Civil Division
MARC S. SACKS
Deputy Director
KEVIN P. VANLANDINGHAM
Assistant Director
BETHANY R. THERIOT (D.C. Bar No. 1022065)
TIFFINEY C. CARNEY
Trial Attorneys
U.S. Department of
Justice Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington. D.C.
20044-0875
Tel: (202) 307-0244
Email: bethany.theriot@usdoj.gov

*Attorneys for Defendants*

/s/ *Lisa N. Himes*
Lisa N. Himes